UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| CHAYA LOFFMAN; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF EDUCATION; et al., <br><br> Defendants - Appellees. | No. 25-7399 <br><br> D.C. No. 2:23-cv-01832-CV-MBK Central District of California, Los Angeles <br><br> ORDER |

The parties' stipulated motion to dismiss this appeal (Docket Entry No. 9) as to Defendants-Appellees **California Department of Education and Tony Thurmond <u>only</u>**, is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court as to the named parties.

The appeal continues as to all other parties.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator