Case No. 25-7399

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

---

CHAYA LOFFMAN; et al.,

Plaintiffs - Appellants,
v.
CALIFORNIA DEPARTMENT OF EDUCATION; et al.,

Defendants - Appellees.

---

**APPELLEES LOS ANGELES UNIFIED SCHOOL DISTRICT AND ANTHONY AGUILAR'S OBJECTION TO APPELLANTS' STIPULATED MOTION TO VOLUNTARILY DISMISS DEFENDANTS-APPELLEES CALIFORNIA DEPARTMENT OF EDUCATION AND TONY THURMOND**

---

Appeal from a Decision of the United States District Court for the Central District of California, Case No: 2:23-cv-01832-CV-MBK
Honorable Cynthia Valenzuela, United States District Judge

---

Sue Ann Salmon Evans, Esq. (SB#151562)
sevans@DWKesq.com
William G. Ash, Esq. (SB#324122)
wash@DWKesq.com
DANNIS WOLIVER KELLEY
444 W. Ocean Blvd., Suite 1750,
Long Beach, CA  90802
PH: 562.366.8500
FAX: 562.366.8505

Attorneys for Defendants – Appellees
LOS ANGELES UNIFIED SCHOOL DISTRICT and
ANTHONY AGUILAR

The Los Angeles Unified School District and Anthony Aguilar hereby object to the Stipulated Motion to Voluntarily Dismiss Defendant-Appellees California Department of Education and Tony Thurman From Appeal ("Stipulated Motion"). (ECF 9.1.) The Stipulated Motion purports to move under Federal Rule of Appellate Procedure 42(b). However, this code section clearly states that a stipulation must be signed by the parties. Neither Los Angeles Unified School District nor Anthony Aguilar have signed the Stipulated Motion, nor were they asked to do so. The code section also refers to the dismissal of the entire appeal, not the dismissal of singular party. Additionally, neither Defendant-Appellees California Department of Education nor Tony Thurman have been dismissed from the District Court case from which this appeal arises. Appellant may not appeal as to only some parties in a lawsuit. For these reasons, the Court must reject the Stipulated Motion.

Respectfully submitted,

Dated: March 3, 2026            DANNIS WOLIVER KELLEY

By: /s/ *Sue Ann Salmon Evans*
Sue Ann Salmon Evans, Esq.
Attorneys for Defendants – Appellees
LOS ANGELES UNIFIED SCHOOL
DISTRICT and ANTHONY AGUILAR

1

## CERTIFICATE OF COMPLIANCE

### UNDER NINTH CIRCUIT RULE 32-1
### FOR CASE NO. 25-7399

Pursuant to Fed. R. App. P. 32(a)(7)(C), I certify that:

This objection complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this brief contains 509 words, excluding the parts of the brief exempted by Fed. R. App. P. 32.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this objection has been prepared in a proportionately spaced typeface using Times New Roman 14-point font.

Dated: March 3, 2026                     DANNIS WOLIVER KELLEY

By: /s/ *Sue Ann Salmon Evans*
  Sue Ann Salmon Evans, Esq.
  Attorneys for Defendants – Appellees
  LOS ANGELES UNIFIED SCHOOL
  DISTRICT and ANTHONY AGUILAR

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: March 3, 2026

DANNIS WOLIVER KELLEY

By: /s/ *Sue Ann Salmon Evans*
Sue Ann Salmon Evans, Esq.
Attorneys for Defendants – Appellees
LOS ANGELES UNIFIED SCHOOL
DISTRICT and ANTHONY AGUILAR