No. 25-7399

# In the United States Court of Appeals for the Ninth Circuit

CHAYA LOFFMAN, ET AL.,

Plaintiffs-Appellants,

v.

CALIFORNIA DEPARTMENT OF EDUCATION, ET AL.,

Defendants-Appellees.

Appeal from the United States District Court
for the Central District of California
Honorable Cynthia Valenzuela
(2:23-cv-01832)

**STIPULATED MOTION TO VOLUNTARILY DISMISS
DEFENDANTS-APPELLEES LOS ANGELES UNIFIED SCHOOL
DISTRICT AND ANTHONY AGUILAR FROM APPEAL**

ERIC C. RASSBACH
NICHOLAS R. REAVES
DANIEL L. CHEN
LAURA WOLK SLAVIS
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW
  Suite 400
Washington, DC 20006
(202) 955-0095
*erassbach@becketfund.org*

*Attorneys for Plaintiffs-Appellants*

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiffs-Appellants hereby move to voluntarily dismiss Defendants-Appellees Los Angeles Unified School District and Anthony Aguilar from this appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: March 24, 2026

Respectfully submitted,

*/s/Eric C. Rassbach*

ERIC C. RASSBACH
NICHOLAS R. REAVES
DANIEL L. CHEN
LAURA WOLK SLAVIS
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW
  Suite 400
Washington, DC 20006
(202) 955-0095
*erassbach@becketlaw.org*

*Attorneys for Plaintiffs-Appellants*

1

## CERTIFICATE OF COMPLIANCE

I certify that this stipulated motion complies with the page limit specified in Ninth Circuit Rule 27-1(1)(d) and the word limit of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the items exempted by Federal Rule of Appellate Procedure 27(d) and 32(f), this document is 1 page long and contains 42 words. The motion's type size and typeface comply with Federal Rule of Appellate Procedure 32(a) because this document has been prepared in a proportionally spaced typeface using Microsoft Word.

*/s/ Eric C. Rassbach*
Eric C. Rassbach

2

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on March 24, 2026. All participants in the case are registered CM/ECF users, and service will be accom-plished by the appellate CM/ECF system.

/s/ Eric C. Rassbach
Eric C. Rassbach

3